07 CV 4833

KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Keith R. Murphy (KM-5827)

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Sheldon L. Solow, Esq.
Michael D. Messeesmith, Esq.

*Counsel for Arthur Steinberg, as Receiver*
*for Northshore Asset Management, LLC, et.al.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ARTHUR STEINBERG, as Receiver for                    :
Northshore Asset Management, LLC, et al.,             :
                                                      :
              Plaintiff,                              :
                                                      :        Civil Action No.
                                                      :
STEPHEN A. ALDERMAN,                                  :
                                                      :
                                                      :        07-cv-_____
                                                      :
              Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Arthur Steinberg,

the court-appointed receiver for Northshore Asset Management, LLC, Ardent Research Partners,

L.P., Ardent Research Partners, Ltd., and Saldutti Capital Management, L.P., *et al.* hereby

identifies the following parent company and any publicly held corporation that owns 10% or

more of the Debtors' stock:

**Northshore Asset Management, LLC -** Privately held

**Saldutti Capital Management, L.P.** - 100% owned by Northshore Asset Management LLC; privately held

**Ardent Research Partners, L.P.** - 100% owned by Salduttti Capital Management, L.P., which in turn is 100% owned by Northshore Asset Management LLC; privately held

**Ardent Research Partners, Ltd.** - 100% owned by Salduttti Capital Management, L.P., which in turn is 100% owned by Northshore Asset Management LLC; privately held

Dated:  New York, New York
        June 6, 2007

Arthur Steinberg, Receiver for Northshore Asset Management, LLC, Ardent Research Partners L.P., Ardent Research Partners, Ltd. and Saldutti Capital Management, L.P. et.al

KAYE SCHOLER LLP

By: _____
Keith R. Murphy (KM-5827)
425 Park Avenue
New York, NY 10022
(212) 836-8000 telephone
(212) 836-7157 facsimile

-and-

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street, Suite 4100
Chicago, Il 60602-4231
(312) 583-2300 telephone
(312) 583-2360 facsimile
Sheldon L. Solow
Michael D. Messersmith, Esq.
Counsel for the Receiver

31485431.WPD