UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR STEINBERG, as Receiver for
Northshore Asset Management LLC, et al.,

        *Plaintiff,*

-against-

STEPHEN A. ALDERMAN,

        *Defendant.*

07 Civ. 4833 (RO) (ECF)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

    IT IS HEREBY STIPULATED, by the undersigned counsel for the parties and subject to the Court's approval, that the time for defendant Stephen A. Alderman to answer, move, or otherwise respond to the complaint in this matter is extended until August 6, 2007.

Dated: June 28, 2007.

KAYE SCHOLER, L.L.P.

By: _____
Keith Murphy (KM-5827)
425 Park Avenue
New York, NY 10022
(212) 836-8000

KAYE SCHOLER, L.L.C.
3 First National Plaza
70 West Madison Street, Suite 4100
Chicago, Il 60602
(312) 583-2300
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

*Counsel for Plaintiff*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
Richard F. Albert (RA-5603)
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*Counsel for Defendant*

IT IS SO ORDERED this 29 day of June, 2007,

_____
Richard Owen, U.S.D.J.