# EXHIBIT 1

KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Keith R. Murphy (KM-5827)

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

*Counsel for Arthur Steinberg, as Receiver*
*for Northshore Asset Management, LLC, Ardent*
*Research Partners L.P., Ardent Research Partners*
*Ltd., and Saldutti Capital Management, LP.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ARTHUR STEINBERG, as Receiver for
Northshore Asset Management, LLC, *et al.*,

                         Plaintiff,

               -against-

GLENN SHERMAN, KEVIN KELLEY,
ROBERT WILDEMAN, DOUGLAS BALLEW and
FRANCIS SALDUTTI,

                        Defendants.
------------------------------------------------------------x

Civil Action No.
07-CV-1001 (RO)

**DECLARATION OF ARTHUR STEINBERG, AS RECEIVER,
IN SUPPORT OF THE RECEIVER'S SUBMISSION IN
<u>RESPONSE TO ORDER DATED MARCH 7, 2008</u>**

29062767_V5.DOC

I, Arthur Steinberg, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and am a member of the law firm of Kaye Scholer LLP. I am the court-appointed receiver for Northshore Asset Management, LLC and its affiliated funds and related entities which comprise the Receivership Estate.

2. I make this declaration in support of the Submission in Response to Order dated March 7, 2008 (the "Submission").

3. I am a member of the bar of the State of New York and a member of this Court.

4. I have personal knowledge of the matters set forth in the Submission and state that the information set forth therein, including Exhibits 2-6 thereto, are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 12, 2008

_____
Arthur J. Steinberg

29062767_V5.DOC