# EXHIBIT 2

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 4/22/2005 | | $989,361.67 | Northshore Master Fund 1 SPC | NSAM, LLC 3755533803 | Transfer of offshore funds into Receiver's account |
| 4/29/2005 | | $512.30 | | NSAM, LLC 3755533803 | Interest Credit |
| 5/2/2005 | | $55,000.00 | IBIS TEK, LLC | Ardent LP 3755533816 | Proceeds of investment |
| 5/2/2005 | | $55,000.00 | IBIS TEK, LLC | Ardent Ltd. 3755533829 | Proceeds of investment |
| 5/2/2005 | | $621.98 | Guardian Insurance | NSAM, LLC 3755533803 | Refund for cancelled life insurance plan G-703112 |
| 5/2/2005 | | $10.00 | Northshore business office | NSAM, LLC 3755533803 | Cash found in Northshore office |
| 5/3/2005 | | $6,717.30 | Elliot Millman Auctioneer Escrow | SCM LP 3755533832 | Proceeds of furniture / equipment in SCM offices |
| 5/10/2005 | $497,575.74 | | Kaye Scholer | NSAM, LLC 3755533845 | Kaye Scholer's legal fees and expenses for 2/16/05-3/31/05 |
| 5/11/2005 | $15,453.53 | | Guardian Insurance | NSAM, LLC 3755533845 | Payment of life insurance premiums for March 2005-May 2005 for Saldutti Capital Management |
| 5/11/2005 | $67,927.76 | | Morris-Anderson | NSAM, LLC 3755533845 | Morris-Anderson's fees and expenses for 2/17/05-3/31/05 |
| 5/12/2005 | $44,526.71 | | Goldin | NSAM, LLC 3755533845 | Goldin's fees and expenses for 2/24/05-3/31/05 |
| 5/12/2005 | $41.00 | | | NSAM, LLC 3755533845 | Check order fee |
| 5/19/2005 | | $7,500,000.00 | Ardent LP account at Banc of America Securities, LLC | Ardent LP 3755533816 | Transfer of estate funds into Receiver's account |
| 5/19/2005 | | $2,500,000.00 | Ardent Ltd account at Banc of America Securities, LLC | Ardent Ltd. 3755533829 | Transfer of estate funds into Receiver's account |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 5/24/2005 | $10,110.00 | | Anobi Technology Corp. | NSAM, LLC 3755533845 | NSAM Chicago office computer re-build costs - Phase I (to reconstruct Northshore's records) |
| 5/27/2005 | | $3,014.23 | UNX, Inc. | Ardent LP 3755533858 | Return of soft dollar credits to Ardent |
| 5/31/2005 | | $5,701.17 | | Ardent LP 3755533816 | Interest Credit |
| 5/31/2005 | | $1,958.28 | | Ardent Ltd. 3755533829 | Interest Credit |
| 5/31/2005 | | $757.08 | | NSAM, LLC 3755533803 | Interest Credit |
| 5/31/2005 | | $11.59 | | SCM LP 3755533832 | Interest Credit |
| 6/1/2005 | $10,000.00 | | LaSalle Adams, LLC | NSAM, LLC 3755533845 | Payment of post-filing rent for NSAM Chicago office |
| 6/2/2005 | $41.00 | | | Ardent LP 3755533858 | Check order fee |
| 6/8/2005 | $670,687.73 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's April 2005 legal fees and expenses |
| 6/9/2005 | | $50,000.00 | One Thorndal Circle, Inc. | NSAM, LLC 3755533803 | Proceeds of sale of office furniture from NSAM, CT office |
| 6/9/2005 | $38,188.72 | | Morris-Anderson | NSAM, LLC 3755533845 | Morris-Anderson's April 2005 fees and expenses |
| 6/9/2005 | $99,131.74 | | Goldin | NSAM, LLC 3755533845 | Goldin's April 2005 fees and expenses |
| 6/14/2005 | $92.60 | | Hirshorn Zuckerman Design | NSAM, LLC 3755533845 | Website maintenance |
| 6/23/2005 | $1,145.00 | | Anobi Technology Corp. | NSAM, LLC 3755533845 | NSAM Chicago office computer re-build costs - Phase II |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 6/27/2005 | $4,059.00 | | M&S Movers | NSAM, LLC 3755533845 | Transport of NSAM property (Buddha statue and marble column) |
| 6/30/2005 | | $12,117.92 | | Ardent LP 3755533816 | Interest Credit |
| 6/30/2005 | | $4,413.38 | | Ardent Ltd. 3755533829 | Interest Credit |
| 6/30/2005 | | $27,265.60 | Elliot Millman Auctioneer Escrow | NSAM, LLC 3755533803 | Funds received from sale of equipment from NSAM, CT office |
| 6/30/2005 | | $386.91 | | NSAM, LLC 3755533803 | Interest Credit |
| 6/30/2005 | | $11.61 | | SCM LP 3755533832 | Interest Credit |
| 7/12/2005 | $5,149.51 | | Guardian Insurance account at Harris Bank | NSAM, LLC 3755533803 | Payment for June health insurance premium |
| 7/12/2005 | $5,149.51 | | Guardian Insurance account at Harris Bank | NSAM, LLC 3755533803 | Payment for July health insurance premium |
| 7/20/2005 | $613,215.94 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's May 2005 legal fees and expenses |
| 7/20/2005 | | $10,000.00 | Glenn Sherman | NSAM, LLC 3755533845 | Payment for purchase of office furniture, equipment and supplies from Illinois office |
| 7/21/2005 | $112,089.71 | | Goldin | Ardent LP 3755533858 | Goldin's May 2005 fees and expenses |
| 7/21/2005 | $33,480.80 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson fees and expenses for May 2005 |
| 7/29/2005 | | $11,690.51 | | Ardent LP 3755533816 | Interest Credit |
| 7/29/2005 | | $4,568.36 | | Ardent Ltd. 3755533829 | Interest Credit |
| 7/29/2005 | $422.81 | | | NSAM, LLC 3755533803 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 7/29/2005 | | $12.02 | | SCM LP 3755533832 | Interest Credit |
| 8/11/2005 | $495,723.04 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's June 2005 legal fees and expenses |
| 8/11/2005 | $29,660.55 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's fees and expenses for June 2005 |
| 8/17/2005 | $115,861.41 | | Goldin | Ardent LP 3755533858 | Goldin's fees and expenses for June 2005 |
| 8/22/2005 | $11,759.94 | | Administar Services Group, Inc. | NSAM, LLC 3755533845 | Wall Street Journal advertisement for claims bar date notice |
| 8/31/2005 | | $10,156.38 | | Ardent LP 3755533816 | Interest Credit |
| 8/31/2005 | | $4,576.51 | | Ardent Ltd. 3755533829 | Interest Credit |
| 8/31/2005 | | $417.23 | | NSAM, LLC 3755533803 | Interest Credit |
| 8/31/2005 | | $12.05 | | SCM LP 3755533832 | Interest Credit |
| 9/14/2005 | $358,903.13 | | Kaye Scholer | Ardent LP 3755533858 | Balance of Kaye Scholer's approved legal fees and expenses for 2/15/05-6/30/05 (includes agreed reduction of $6,862.87 with SEC) |
| 9/14/2005 | $288,933.63 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's July 2005 legal fees and expenses |
| 9/15/2005 | $91,767.20 | | Goldin | Ardent LP 3755533858 | Balance of Goldin's approved fees and expenses for 2/24/05-6/30/05 |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 9/15/2005 | $41,625.00 | | Morris-Anderson | Ardent LP 3755533858 | Balance of Morris-Anderson's approved fees and expenses for 2/17/05-6/30/05 |
| 9/15/2005 | $48,828.48 | | Goldin | Ardent LP 3755533858 | Goldin's July 2005 fees and expenses |
| 9/15/2005 | $25,691.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's July 2005 fees and expenses |
| 9/19/2005 | $43,517.81 | | Skyline Duplicating | Ardent LP 3755533858 | Saldutti document production copying, invoice nos. 043531 and 042057 |
| 9/30/2005 | | $8,592.89 | | Ardent LP 3755533816 | Interest Credit |
| 9/30/2005 | | $4,436.78 | | Ardent Ltd. 3755533829 | Interest Credit |
| 9/30/2005 | | $404.68 | | NSAM, LLC 3755533803 | Interest Credit |
| 9/30/2005 | | $11.68 | | SCM LP 3755533832 | Interest Credit |
| 10/7/2005 | | $387.13 | Raymond James & Associates | NSAM, LLC 3755533845 | Proceeds of liquidation of Kelley, Weigand, Dewey and Cousin Family Trusts / receivership entities |
| 10/11/2005 | | $835,000.00 | Ardent LP account at Banc of America Securities, LLC | Ardent LP 3755533816 | Proceeds of Arbinet sale / transfer of estate funds into Receiver's account |
| 10/11/2005 | | $910,000.00 | Ardent Ltd account at Banc of America Securities, LLC | Ardent Ltd. 3755533829 | Proceeds of Arbinet sale / transfer of estate funds into Receiver's account |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 10/11/2005 | | $500.00 | Robert B. Langer and Barbara Langer | NSAM, LLC 3755533845 | Partial return of loan proceeds |
| 10/12/2005 | $352,411.76 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's August 2005 legal fees and expenses |
| 10/13/2005 | | $263.81 | Randolph Special Situation Fund account at Bank One 644423535 | NSAM, LLC 3755533845 | Balance from closure of fund / transfer of estate funds into Receiver's account |
| 10/14/2005 | $375.00 | | Robert B. Langer and Barbara Langer | NSAM, LLC 3755533845 | Return item chargeback - bounced checks from Langer |
| 10/20/2005 | | $34,269.87 | Saldutti Capital | SCM LP 3755533832 | Liquidation of former Saldutti Capital bank account |
| 10/26/2005 | $18,924.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's August 2005 fees and expenses |
| 10/31/2005 | | $8,627.11 | | Ardent LP 3755533816 | Interest Credit |
| 10/31/2005 | | $5,692.07 | | Ardent Ltd. 3755533829 | Interest Credit |
| 10/31/2005 | | $418.89 | | NSAM, LLC 3755533803 | Interest Credit |
| 10/31/2005 | | $35.75 | | SCM LP 3755533832 | Interest Credit |
| 11/4/2005 | | $142,450.89 | Northshore Master Fund 1 SPC | NSAM, LLC 3755533803 | Transfer of offshore funds into Receiver's account |
| 11/9/2005 | $23,315.88 | | Xact, Inc. Data Extraction | Ardent LP 3755533858 | Data extraction work for Saldutti / Northshore / Ardent computer files, invoice nos. 18-11373, 18-11047, 18-11837 |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 11/9/2005 | $42,450.89 | | Stuarts, Walker Hersant | NSAM, LLC 3755533803 | Return of $42,450.89, due to overpayment received as part of Nov. 4, 2005 Northshore Master Fund 1 SPC transfer |
| 11/10/2005 | $285,700.43 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's Sept 2005 legal fees and expenses |
| 11/10/2005 | $2,667.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's Sept 2005 fees and expenses |
| 11/18/2005 | | $0.55 | Ardent LP's account at Lehman Brothers | Ardent LP 3755533858 | Transfer of offshore funds into Receiver's account |
| 11/18/2005 | | $6.25 | General Electric Capital Corporation | NSAM, LLC 3755533845 | Proceeds of class action litigation settlement |
| 11/21/2005 | $70.00 | | | Ardent LP 3755533858 | Website Maintenance |
| 11/30/2005 | | $8,124.94 | | Ardent LP 3755533816 | Interest Credit |
| 11/30/2005 | | $6,024.95 | | Ardent Ltd. 3755533829 | Interest Credit |
| 11/30/2005 | | $573.65 | | NSAM, LLC 3755533803 | Interest Credit |
| 11/30/2005 | | $70.91 | | SCM LP 3755533832 | Interest Credit |
| 12/7/2005 | $12,147.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's Oct 2005 fees and expenses |
| 12/7/2005 | $270,606.81 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's Oct 2005 legal fees and expenses |
| 12/15/2005 | | $7,597.48 | WSL Partners | Ardent LP 3755533816 | Distribution on existing Receivership Estate investment |

## FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 12/15/2005 | | $7,597.48 | WSL Partners | Ardent Ltd. 3755533829 | Distribution on existing Receivership Estate investment |
| 12/22/2005 | | $11,000.00 | Northshore SPC, Fortis Prime Fund | NSAM, LLC 3755533803 | Transfer of offshore funds into Receiver's account |
| 12/30/2005 | | $7,754.51 | | Ardent LP 3755533816 | Interest Credit |
| 12/30/2005 | | $6,243.95 | | Ardent Ltd. 3755533829 | Interest Credit |
| 12/30/2005 | | $605.34 | | NSAM, LLC 3755533803 | Interest Credit |
| 12/30/2005 | | $73.39 | | SCM LP 3755533832 | Interest Credit |
| 1/4/2006 | | $19,448.48 | SKS, LLC account at Charles Schwab and Co., Inc. | NSAM, LLC 3755533845 | Transfer of funds into Receiver's account |
| 1/5/2006 | $119,185.36 | | Goldin | Ardent LP 3755533858 | Goldin's August 2005 fees and expenses (includes $80.00 shortfall from July 2005 payment) |
| 1/5/2006 | $37,272.36 | | Goldin | Ardent LP 3755533858 | Goldin's Sept 2005 fees and expenses |
| 1/5/2006 | $58,987.08 | | Goldin | Ardent LP 3755533858 | Goldin's Dec 2005 fees and expenses |
| 1/12/2006 | $284,210.95 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's Nov 2005 legal fees and expenses |
| 1/12/2006 | $50,260.80 | | Goldin | Ardent LP 3755533858 | Goldin's Nov 2005 fees and expenses |
| 1/17/2006 | | $196,750.00 | Escrow from NSCT, LLC, American Capital Management | NSAM, LLC 3755533803 | Circle Trust buyer's deposit - transfer of funds into Receiver's account |
| 1/19/2006 | $70.00 | | Hirshorn Zuckerman Design | Ardent LP 3755533858 | Website maintenance |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 1/19/2006 | | $2,354.96 | Charter Auction.com, Inc., as Escrow Agent | NSAM, LLC 3755533803 | Credit to Receivership account |
| 1/23/2006 | $27,080.25 | | JPMorgan | Ardent LP 3755533858 | JPMorgan July-Nov 2005 fees and expenses |
| 1/24/2006 | $2,325.00 | | Associated Pension Services, Inc. | NSAM, LLC 3755533845 | 401k administration services |
| 1/31/2006 | | $7,240.50 | | Ardent LP 3755533816 | Interest Credit |
| 1/31/2006 | | $6,261.22 | | Ardent Ltd. 3755533829 | Interest Credit |
| 1/31/2006 | | $791.28 | | NSAM, LLC 3755533803 | Interest Credit |
| 1/31/2006 | | $73.54 | | SCM LP 3755533832 | Interest Credit |
| 2/6/2006 | $2,427.80 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's Nov 2005 fees and expenses |
| 2/16/2006 | $252,144.81 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's holdback fees approved by order dated Feb. 10, 2006 |
| 2/16/2006 | $65,758.16 | | Goldin | Ardent LP 3755533858 | Goldin's holdback fees approved by order dated Feb. 10, 2006 |
| 2/16/2006 | $305,194.07 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's Dec 2005 legal fees and expenses |
| 2/16/2006 | $46,565.36 | | Goldin | Ardent LP 3755533858 | Goldin's Dec 2005 fees and expenses |
| 2/17/2006 | $14,790.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's holdback fees approved by order date Feb. 10, 2006 |
| 2/21/2006 | $3,279.53 | | JPMorgan | Ardent LP 3755533858 | JPMorgan's Dec 2005 fees and expenses |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 2/28/2006 | | $5,809.69 | | Ardent LP 3755533816 | Interest Credit |
| 2/28/2006 | | $5,665.38 | | Ardent Ltd. 3755533829 | Interest Credit |
| 2/28/2006 | | $881.77 | | NSAM, LLC 3755533803 | Interest Credit |
| 2/28/2006 | | $66.53 | | SCM LP 3755533832 | Interest Credit |
| 3/10/2006 | $271,721.75 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's Jan 2006 legal fees and expenses |
| 3/14/2006 | $4,469.94 | | WSL Partners | Ardent LP 3755533858 | March 2006 capital call |
| 3/14/2006 | $1,977.72 | | Morris-Anderson | Ardent Ltd. 3755533861 | Morris-Anderson's Dec 2005 and Jan 2006 fees and expenses |
| 3/14/2006 | $4,469.94 | | WSL Partners | Ardent Ltd. 3755533861 | March 2006 capital call |
| 3/14/2006 | $31,516.79 | | Goldin | Ardent Ltd. 3755533861 | Goldin's Jan 2006 fees and expenses |
| 3/15/2006 | $12,395.19 | | JPMorgan | Ardent Ltd. 3755533861 | JPMorgan's Sept 2005 and Jan 2006 fees and expenses (with adjustment for past holdback) |
| 3/15/2006 | $41.00 | | | Ardent Ltd. 3755533861 | Check order fee |
| 3/16/2006 | $140.00 | | Hirshorn Zuckerman Web Design | Ardent LP 3755533858 | Website maintenance |
| 3/17/2006 | | $9,579.16 | Northshore MF1 SPC | NSAM, LLC 3755533803 | Transfer of offshore funds into Receiver's account |
| 3/17/2006 | | $11,441.70 | Harris Bank | NSAM, LLC 3755533803 | Liquidation of former NSAM account at Harris Bank |
| 3/17/2006 | | $1,171.74 | North Star Trust Company | NSAM, LLC 3755533803 | Liquidation from LaSalle custodial account |
| 3/31/2006 | | $7,060.14 | | Ardent LP 3755533816 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 3/31/2006 | | $7,056.93 | | Ardent Ltd. 3755533829 | Interest Credit |
| 3/31/2006 | | $1,206.45 | | NSAM, LLC 3755533803 | Interest Credit |
| 3/31/2006 | | $89.36 | | SCM LP 3755533832 | Interest Credit |
| 4/17/2006 | $217,288.52 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's Feb 2006 legal fees and expenses |
| 4/25/2006 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 4/26/2006 | $5,433.00 | | Morris-Anderson | Ardent Ltd. 3755533861 | Morris-Anderson's Feb 2006 fees and expenses |
| 4/26/2006 | | $110.74 | | SCM LP 3755533832 | Interest Credit |
| 4/28/2006 | | $8,748.89 | | Ardent LP 3755533816 | Interest Credit |
| 4/28/2006 | | $8,173.96 | | Ardent Ltd. 3755533829 | Interest Credit |
| 4/28/2006 | | $1,526.97 | | NSAM, LLC 3755533803 | Interest Credit |
| 5/9/2006 | $29,950.12 | | Goldin | Ardent Ltd. 3755533861 | Goldin's Feb 2006 fees and expenses |
| 5/9/2006 | | $375.52 | California Bank Trust | NSAM, LLC 3755533803 | Brian Taylor litigation |
| 5/22/2006 | $358,044.68 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's March 2006 legal fees and expenses |
| 5/23/2006 | $26,978.15 | | Goldin | Ardent LP 3755533858 | Goldin's March 2006 fees and expenses |
| 5/25/2006 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent LP 3755533858 | Website maintenance |
| 5/31/2006 | | $8,572.29 | | Ardent LP 3755533816 | Interest Credit |
| 5/31/2006 | $6,873.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's March 2006 fees and expenses |
| 5/31/2006 | | $8,163.98 | | Ardent Ltd. 3755533829 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 5/31/2006 | | $1,582.80 | | NSAM, LLC 3755533803 | Interest Credit |
| 5/31/2006 | | $114.74 | | SCM LP 3755533832 | Interest Credit |
| 6/12/2006 | $218,314.32 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's April 2006 legal fees and expenses |
| 6/26/2006 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 6/29/2006 | $256,221.19 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's holdback fees approved by order dated June 20, 2006 |
| 6/30/2006 | | $7,740.03 | | Ardent LP 3755533816 | Interest Credit |
| 6/30/2006 | | $7,414.45 | | Ardent Ltd. 3755533829 | Interest Credit |
| 6/30/2006 | | $1,536.28 | | NSAM, LLC 3755533803 | Interest Credit |
| 6/30/2006 | | $111.34 | | SCM LP 3755533832 | Interest Credit |
| 7/6/2006 | $39,544.00 | | Goldin | Ardent Ltd. 3755533861 | Goldin's holdback fees approved by order dated June 20, 2006 |
| 7/7/2006 | $9,808.64 | | JPMorgan | Ardent Ltd. 3755533861 | JPMorgan's holdback fees approved by order dated June 20, 2006 |
| 7/7/2006 | $2,042.56 | | Skyline Duplication | NSAM, LLC 3755533845 | Copying - invoice nos. 51744, 54468, 61739, 63248 |
| 7/11/2006 | $1,472.75 | | Paul Chamberlain International | NSAM, LLC 3755533845 | Bridge Banc investigation / search |
| 7/24/2006 | $2,430.00 | | Morris-Anderson | Ardent Ltd. 3755533861 | Morris-Anderson's holdback fees approved by order dated June 20, 2006 |
| 7/30/2006 | | $1,591.73 | | NSAM, LLC 3755533803 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 7/31/2006 | | $8,019.39 | | Ardent LP 3755533816 | Interest Credit |
| 7/31/2006 | | $6,702.63 | | Ardent Ltd. 3755533829 | Interest Credit |
| 7/31/2006 | | $115.36 | | SCM LP 3755533832 | Interest Credit |
| 8/1/2006 | | $771,301.63 | Bank of New York | NSAM, LLC 3755533803 | Ausam-Keryx proceeds |
| 8/4/2006 | $294,035.86 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's May 2006 legal fees and expenses |
| 8/9/2006 | $1,887.01 | | JPMorgan | Ardent Ltd. 3755533861 | JPMorgan's May 2006 fees and expenses |
| 8/14/2006 | $15,848.50 | | Goldin | Ardent Ltd. 3755533861 | Goldin's April 2006 fees and expenses |
| 8/18/2006 | $1,000.00 | | Keen Consultants, LLC | NSAM, LLC 3755533845 | Inspection of Kelley residence in Greenwich, CT |
| 8/21/2006 | | $5,000.00 | | NSAM, LLC 3755533803 | June 14, 2006 contempt order against Sherman and Wildeman |
| 8/22/2006 | $246,101.74 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's June 2006 legal fees and expenses |
| 8/28/2006 | $31,376.61 | | Goldin | Ardent LP 3755533858 | Goldin's May 2006 fees and expenses |
| 8/28/2006 | $31,405.10 | | Goldin | Ardent LP 3755533858 | Goldin's June 2006 fees and expenses |
| 8/30/2006 | $11,258.24 | | JPMorgan | Ardent LP 3755533858 | JPMorgan's March, April and June 2006 fees and expenses |
| 8/30/2006 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent LP 3755533858 | Website maintenance |
| 8/31/2006 | | $7,756.60 | | Ardent LP 3755533816 | Interest Credit |
| 8/31/2006 | | $5,930.44 | | Ardent Ltd. 3755533829 | Interest Credit |
| 8/31/2006 | | $3,729.11 | | NSAM, LLC 3755533803 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 8/31/2006 | | $115.68 | | SCM LP 3755533832 | Interest Credit |
| 9/11/2006 | $120.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's April 2006 fees and expenses |
| 9/13/2006 | $45,000.00 | | DiConza Law, PC as counsel to Dean and Marguerita Herman | NSAM, LLC 3755533845 | Settlement with Dean and Marguerita Herman pursuant to August 2, 2006 court stipulation |
| 9/14/2006 | | $30,000.00 | Schiff Hardin LLP | NSAM, LLC 3755533803 | Resolution of fee application dispute with Debtor counsel plus fee waiver |
| 9/20/2006 | | $15,635.65 | Kaye Scholer | NSAM, LLC 3755533803 | Kelley auction proceeds |
| 9/21/2006 | $258,782.78 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's July 2006 legal fees and expenses |
| 9/21/2006 | $264,828.64 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's holdback fees for March 2006-June 2006 |
| 9/22/2006 | $26,312.00 | | Goldin | Ardent Ltd. 3755533861 | Goldin's holdback fees for March 2006-June 2006 |
| 9/22/2006 | $6,577.69 | | Goldin | Ardent Ltd. 3755533861 | Goldin's July 2006 fees and expenses |
| 9/26/2006 | $1,740.00 | | Morris-Anderson | Ardent Ltd. 3755533861 | Morris-Anderson's holdback fees for March 2006-June 2006 |
| 9/27/2006 | $2,189.14 | | JPMorgan | Ardent Ltd. 3755533861 | JPMorgan's holdback fees for March 2006-June 2006 |
| 9/27/2006 | $474.22 | | JPMorgan | Ardent Ltd. 3755533861 | JPMorgan's July 2006 fees and expenses |

### FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 9/27/2006 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 9/29/2006 | | $6,950.84 | | Ardent LP 3755533816 | Interest Credit |
| 9/29/2006 | | $15,677.91 | WSL Partners | Ardent LP 3755533816 | Distribution on Receivership Estate investment |
| 9/29/2006 | | $5,183.77 | | Ardent Ltd. 3755533829 | Interest Credit |
| 9/29/2006 | | $15,677.91 | WSL Partners | Ardent Ltd. 3755533829 | Distribution on Receivership Estate investment |
| 9/29/2006 | | $3,676.83 | | NSAM, LLC 3755533803 | Interest Credit |
| 9/29/2006 | $1,028.58 | | Skyline Duplication | NSAM, LLC 3755533845 | Invoice nos. 67923, 68562, 68705, 69159 |
| 9/29/2006 | | $112.25 | | SCM LP 3755533832 | Interest Credit |
| 10/6/2006 | | $4,360.71 | Howard Lee Schiff, PC | NSAM, LLC 3755533845 | Return of funds from Kathryn Kelley |
| 10/6/2006 | $6,002.00 | | Bowne of New York City | NSAM, LLC 3755533845 | Corporate printing for Startech-related 13D and amendments, invoice nos. BNYI-06080814-0 and BNYI-06070828-0 |
| 10/16/2006 | $2,158,837.37 | | Northshore account at JPMorgan Chase | Ardent LP 3755533816 | Claims Distribution for creditors |
| 10/16/2006 | $207,936.50 | | Northshore account at JPMorgan Chase | NSAM, LLC 3755533803 | Claims Distribution for creditors |
| 10/23/2006 | $1,801.78 | | JPMorgan | Ardent Ltd. 3755533861 | JPMorgan's August 2006 fees and expenses |
| 10/23/2006 | $281,528.49 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's August 2006 legal fees and expenses |
| 10/24/2006 | | $5,000.00 | Connecticut Light and Power Company | NSAM, LLC 3755533803 | Funds received relating to Kathyrn Kelley |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 10/25/2006 | $1,575.25 | | Morris Anderson | Ardent Ltd. 3755533861 | Morris-Anderson's August 2006 fees and expenses |
| 10/26/2006 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 10/31/2006 | | $4,166.52 | | Ardent LP 3755533816 | Interest Credit |
| 10/31/2006 | | $4,050.31 | | Ardent Ltd. 3755533829 | Interest Credit |
| 10/31/2006 | | $3,577.95 | | NSAM, LLC 3755533803 | Interest Credit |
| 10/31/2006 | | $116.31 | | SCM LP 3755533832 | Interest Credit |
| 11/2/2006 | $1,745.00 | | Associated Pension Services, Inc. | NSAM, LLC 3755533845 | 2005 average deferral percentage testing and preparation of Form 550; invoice nos. 102717 and 102718 |
| 11/24/2006 | $207,118.11 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's Sept 2006 legal fees and expenses |
| 11/27/2006 | $7,651.00 | | Bowne of New York City | NSAM, LLC 3755533845 | Startech-related Edgar printings, invoice nos. 06070115-0, 06070116-0, 06100946-0 |
| 11/29/2006 | $1,392.25 | | TSG Reporting | NSAM, LLC 3755533845 | Kathryn Kelley Sept. 13, 2006 deposition, invoice no. 091306-20119 |
| 11/30/2006 | | $1,252.87 | | Ardent LP 3755533816 | Interest Credit |
| 11/30/2006 | | $3,290.41 | | Ardent Ltd. 3755533829 | Interest Credit |
| 11/30/2006 | | $3,206.91 | | NSAM, LLC 3755533803 | Interest Credit |
| 11/30/2006 | | $112.86 | | SCM LP 3755533832 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 12/8/2006 | $378.02 | | Illinois Dept of Revenue | Ardent LP 3755533858 | Payment for Ardent's submission of 2003 Form 1065 |
| 12/22/2006 | | $75,000.00 | Bank of New York | NSAM, LLC 3755533803 | Acute-Viral Research Proceeds |
| 12/26/2006 | $600,000.00 | | Northshore account at JPMorgan Chase | Ardent Ltd. 3755533829 | Claims Distribution for creditors |
| 12/26/2006 | $38,879.39 | | Goldin | NSAM, LLC 3755533845 | Goldin's August 2006 fees and expenses (as reduced by Goldin) |
| 12/26/2006 | $16,898.19 | | Goldin | NSAM, LLC 3755533845 | Goldin's Sept 2006 fees and expenses |
| 12/26/2006 | $18,444.30 | | Goldin | NSAM, LLC 3755533845 | Goldin's Oct 2006 fees and expenses |
| 12/26/2006 | $1,750.00 | | Serving by Irving, Inc. | NSAM, LLC 3755533845 | Service of subpoenas on Kelley banks and Robert Loonin |
| 12/27/2006 | $2,400.00 | | Morris-Anderson | NSAM, LLC 3755533845 | Morris-Anderson's Sept and Oct 2006 fees and expenses |
| 12/27/2006 | $206,856.74 | | Kaye Scholer | NSAM, LLC 3755533845 | Kaye Scholer's Oct 2006 legal fees and expenses |
| 12/27/2006 | $177,379.74 | | Kaye Scholer | NSAM, LLC 3755533845 | Kaye Scholer's Nov 2006 legal fees and expenses |
| 12/27/2006 | $944.29 | | Skyline Duplicating | NSAM, LLC 3755533845 | Copying expense relating to Receivership Estate documents |
| 12/27/2006 | | $7,250.00 | Connecticut Natural Gas | NSAM, LLC 3755533845 | Return of funds relating to Kathryn Kelley |
| 12/29/2006 | | $1,298.08 | | Ardent LP 3755533816 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 12/29/2006 | | $2,726.04 | | Ardent Ltd. 3755533829 | Interest Credit |
| 12/29/2006 | | $2,916.60 | | NSAM, LLC 3755533803 | Interest Credit |
| 12/29/2006 | | $116.93 | | SCM LP 3755533832 | Interest Credit |
| 1/3/2007 | $140.00 | | Hirshorn Zuckerman Web Design | NSAM, LLC 3755533845 | Website maintenance |
| 1/31/2007 | | $1,301.68 | | Ardent LP 3755533816 | Interest Credit |
| 1/31/2007 | | $1,451.38 | | Ardent Ltd. 3755533829 | Interest Credit |
| 1/31/2007 | | $2,236.81 | | NSAM, LLC 3755533803 | Interest Credit |
| 1/31/2007 | | $117.27 | | SCM LP 3755533832 | Interest Credit |
| 2/22/2007 | $149,037.57 | | Kaye Scholer | NSAM, LLC 3755533845 | Kaye Scholer's Dec 06 legal fees and expenses |
| 2/27/2007 | $11,760.55 | | Goldin | NSAM, LLC 3755533845 | Goldin's Nov 2006 fees and expenses |
| 2/27/2007 | $7,072.24 | | Goldin | NSAM, LLC 3755533845 | Goldin's Dec 2006 fees and expenses |
| 2/28/2007 | | $1,178.95 | | Ardent LP 3755533816 | Interest Credit |
| 2/28/2007 | | $1,314.54 | | Ardent Ltd. 3755533829 | Interest Credit |
| 2/28/2007 | | $1,906.25 | | NSAM, LLC 3755533803 | Interest Credit |
| 2/28/2007 | $70.00 | | Hirshorn Zuckerman Web Design | NSAM, LLC 3755533845 | Website maintenance |
| 2/28/2007 | | $106.21 | | SCM LP 3755533832 | Interest Credit |
| 3/7/2007 | | $11,361.34 | Reuters America, LLC | NSAM, LLC 3755533845 | Proceeds of preference claim |
| 3/9/2007 | $740.00 | | Bowne of New York City | NSAM, LLC 3755533845 | Fees related to Startech filings |
| 3/27/2007 | $201,695.10 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's Jan 2007 legal fees and expenses |
| 3/30/2007 | | $1,308.52 | | Ardent LP 3755533816 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 3/30/2007 | | $1,342.01 | | Ardent Ltd. 3755533829 | Interest Credit |
| 3/30/2007 | | $1,784.51 | | NSAM, LLC 3755533803 | Interest Credit |
| 3/30/2007 | | $117.88 | | SCM LP 3755533832 | Interest Credit |
| 4/27/2007 | $224,545.13 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's Feb 2007 legal fees and expenses |
| 4/30/2007 | | $1,269.81 | | Ardent LP 3755533816 | Interest Credit |
| 4/30/2007 | | $728.14 | | Ardent Ltd. 3755533829 | Interest Credit |
| 4/30/2007 | $17,288.89 | | Goldin | Ardent Ltd. 3755533861 | Goldin's Feb 2007 fees and expenses |
| 4/30/2007 | | $1,731.73 | | NSAM, LLC 3755533803 | Interest Credit |
| 4/30/2007 | | $114.39 | | SCM LP 3755533832 | Interest Credit |
| 5/1/2007 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 5/4/2007 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 5/9/2007 | | $85,075.00 | Robinson, Brog, Leinwand | NSAM, LLC 3755533803 | Proceeds of settlement between Ausam and Keryx |
| 5/16/2007 | $70,251.19 | | Northshore account at JPMorgan Chase | NSAM, LLC 3755533803 | Distribution (second interim distribution to Class 2 claimants) |
| 5/21/2007 | $218,568.98 | | Kaye Scholer | NSAM, LLC 3755533845 | Kaye Scholer's holdback fees approved by order dated May 15, 2007 |
| 5/22/2007 | $19,956.50 | | Goldin | Ardent LP 3755533858 | Goldin's holdback fees approved by order dated May 15, 2007 |

## FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|------|-------------|---------------|--------------------|--------------------------------------|--------------------|
| 5/23/2007 | $234.33 | | JPMorgan | Ardent LP 3755533858 | JPMorgan's holdback fees approved by order dated May 15, 2007 |
| 5/23/2007 | $87,535.00 | | Mahoney Cohen | Ardent LP 3755533858 | Mahoney Cohen fees and expenses approved by order dated May 15, 2007 |
| 5/31/2007 | | $1,182.08 | | Ardent LP 3755533816 | Interest Credit |
| 5/31/2007 | | $225.36 | | Ardent Ltd. 3755533829 | Interest Credit |
| 5/31/2007 | | $1,593.22 | | NSAM, LLC 3755533803 | Interest Credit |
| 5/31/2007 | | $118.52 | | SCM LP 3755533832 | Interest Credit |
| 6/5/2007 | $990.00 | | Morris-Anderson | Ardent LP 3755533858 | Morris-Anderson's holdback fees approved by order dated May 15, 2007 |
| 6/14/2007 | $1,000.00 | | Eastern Appraisal | Ardent LP 3755533858 | Appraisal of Fran Saldutti's residence in Pound Ridge, NY |
| 6/21/2007 | $127,269.53 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's April 2007 legal fees and expenses |
| 6/21/2007 | $222,304.36 | | Kaye Scholer | NSAM, LLC 3755533845 | Kaye Scholer's March 2007 legal fees and expenses |
| 6/25/2007 | | $218.69 | | Ardent Ltd. 3755533829 | Interest Credit |
| 6/25/2007 | | $265,000.00 | Robinson & Cole | NSAM, LLC 3755533803 | Court approved settlement with former counsel |
| 6/25/2007 | $140.00 | | Hirshorn Zuckerman Web Design | NSAM, LLC 3755533845 | Website maintenance |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 6/26/2007 | $16,743.38 | | Goldin | NSAM, LLC 3755533845 | Goldin's March and April 2007 fees and expenses |
| 6/29/2007 | | $884.84 | | Ardent LP 3755533816 | Interest Credit |
| 6/29/2007 | | $1,152.45 | | NSAM, LLC 3755533803 | Interest Credit |
| 6/29/2007 | | $115.01 | | SCM LP 3755533832 | Interest Credit |
| 7/2/2007 | $1,612.85 | | JPMorgan | NSAM, LLC 3755533845 | JP Morgan's March 2007 fees and expenses |
| 7/5/2007 | $18,762.75 | | Goldin | Ardent LP 3755533858 | Goldin's January 2007 fees and expenses (paid late after additional review) |
| 7/10/2007 | | $47,000.00 | William and Susan Schrage | Ardent LP 3755533816 | Proceeds of settlement between the Schrages and the Receiver |
| 7/10/2007 | | $125,000.00 | Robert Griffin | Ardent LP 3755533816 | Proceeds of settlement between Griffin and the Receiver |
| 7/13/2007 | | $46,310.00 | WSL Private Equity Investments | Ardent LP 3755533816 | Proceeds of sale of Receivership Estate investment |
| 7/13/2007 | | $46,310.00 | WSL Private Equity Investments | Ardent Ltd. 3755533829 | Proceeds of sale of Receivership Estate investment |
| 7/30/2007 | | $1,055,823.42 | Bladelogic | Ardent LP 3755533816 | Proceeds of sale of Receivership Estate investment |
| 7/30/2007 | | $1,055,823.42 | Bladelogic | Ardent Ltd. 3755533829 | Proceeds of sale of Receivership Estate investment |
| 7/31/2007 | | $1,380.17 | | Ardent LP 3755533816 | Interest Credit |
| 7/31/2007 | | $578.96 | | Ardent Ltd. 3755533829 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 7/31/2007 | | $1,467.65 | | NSAM, LLC 3755533803 | Interest Credit |
| 7/31/2007 | | $128.63 | | SCM LP 3755533832 | Interest Credit |
| 8/10/2007 | $7,811.83 | | Goldin | Ardent LP 3755533858 | Goldin's May 2007 fees and expenses |
| 8/13/2007 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent LP 3755533858 | Website maintenance |
| 8/15/2007 | $199,995.88 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's May 2007 fees and expenses |
| 8/22/2007 | | $22,000.00 | M. Kingdon Offshore's account at Goldman Sachs | Ardent LP 3755533816 | Proceeds of settlement between M. Kingdon Offshore and the Receiver |
| 8/31/2007 | | $4,870.69 | | Ardent LP 3755533816 | Interest Credit |
| 8/31/2007 | | $4,249.98 | | Ardent Ltd. 3755533829 | Interest Credit |
| 8/31/2007 | | $1,783.33 | | NSAM, LLC 3755533803 | Interest Credit |
| 8/31/2007 | | $156.29 | | SCM LP 3755533832 | Interest Credit |
| 9/4/2007 | $220,848.53 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's June 2007 legal fees and expenses |
| 9/5/2007 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 9/5/2007 | $16,605.85 | | Goldin | Ardent Ltd. 3755533861 | Goldin's June 2007 fees and expenses |
| 9/21/2007 | $174,831.08 | | Kaye Scholer | NSAM, LLC 3755533845 | Kaye Scholer's holdback fees approved by order dated September 20, 2007 |
| 9/25/2007 | $13,684.50 | | Goldin | NSAM, LLC 3755533845 | Goldin's holdback fees approved by order dated September 20, 2007 |
| 9/28/2007 | | $4,542.55 | | Ardent LP 3755533816 | Interest Credit |

31617266.XLS

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 9/28/2007 | | $3,281.27 | | Ardent Ltd. 3755533829 | Interest Credit |
| 9/28/2007 | | $1,463.22 | | NSAM, LLC 3755533803 | Interest Credit |
| 9/28/2007 | $4,350.00 | | Morris-Anderson | NSAM, LLC 3755533845 | Morris-Anderson's holdback fees approved by order dated September 20, 2007 |
| 9/28/2007 | | $148.52 | | SCM LP 3755533832 | Interest Credit |
| 10/9/2007 | $200,068.63 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's July 2007 legal fees and expenses |
| 10/10/2007 | $6,754.87 | | Goldin | Ardent LP 3755533858 | Goldin's July 2007 fees and expenses |
| 10/15/2007 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent LP 3755533858 | Website maintenance |
| 10/31/2007 | | $3,918.19 | | Ardent LP 3755533816 | Interest Credit |
| 10/31/2007 | | $3,272.69 | | Ardent Ltd. 3755533829 | Interest Credit |
| 10/31/2007 | | $1,037.19 | | NSAM, LLC 3755533803 | Interest Credit |
| 10/31/2007 | | $148.14 | | SCM LP 3755533832 | Interest Credit |
| 11/1/2007 | $194.90 | | JPMorgan | Ardent LP 3755533858 | JPMorgan's June 2007 fees and expenses |
| 11/6/2007 | | $21,000.00 | Dennis Twining | NSAM, LLC 3755533803 | Proceeds of settlement between Twining and the Receiver |
| 11/6/2007 | | $150,000.00 | First Republic Bank | NSAM, LLC 3755533803 | Acute Viral Research proceeds relating to Ausam asset |
| 11/9/2007 | | $6.12 | | Ardent LP 3755533858 | Proceeds of Investment |
| 11/9/2007 | | $70.00 | Edison Properties / Manhattan Mini-Storage | NSAM, LLC 3755533845 | Return of storage unit deposit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 11/9/2007 | | $6.12 | Bladelogic | SCM LP 3755533874 | Misc. balance from prior sale of Receivership Estate investment |
| 11/14/2007 | $1,277.87 | | U.S. Trustee | NSAM, LLC 3755533845 | Ausam-Receiver agreement to pay U.S. Trustee's fees remaining in Ausam case after receipt of payment |
| 11/14/2007 | $41.00 | | | SCM LP 3755533874 | Check order fee |
| 11/15/2007 | $157,314.03 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's August 2007 legal fees and expenses |
| 11/15/2007 | | $41.00 | | SCM LP 3755533874 | Refund - check order fee |
| 11/19/2007 | | $72,000.00 | Robert S. Fortunoff | Ardent LP 3755533816 | Proceeds of settlement between Fortunoff and the Receiver |
| 11/19/2007 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent LP 3755533858 | Website maintenance |
| 11/19/2007 | $6,401.32 | | Goldin | Ardent LP 3755533858 | Goldin's August 2007 fees and expenses |
| 11/21/2007 | | $225,000.00 | | Ardent Ltd. 3755533829 | Sojecci II Ltee settlement proceeds |
| 11/27/2007 | $241.59 | | Paquette et associes, sanc | Ardent Ltd. 3755533861 | Service fee on Bombardier (Canada) |
| 11/29/2007 | | $20,000.00 | Campbell Investment Partners | Ardent LP 3755533816 | Proceeds of settlement between Campbell and the Receiver |
| 11/30/2007 | | $3,271.20 | | Ardent LP 3755533816 | Interest Credit |
| 11/30/2007 | | $3,210.43 | | Ardent Ltd. 3755533829 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|------|-------------|---------------|--------------------|----------------------------------------|---------------------|
| 11/30/2007 | | $1,383.40 | | NSAM, LLC 3755533803 | Interest Credit |
| 11/30/2007 | | $134.85 | | SCM LP 3755533832 | Interest Credit |
| 12/3/2007 | $130,465.44 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's Sept 2007 legal fees and expenses |
| 12/4/2007 | $65,829.64 | | Northshore's account at JPMorgan Chase | NSAM, LLC 3755533803 | Claims Distribution for creditors |
| 12/5/2007 | $3,483.84 | | Goldin | Ardent Ltd. 3755533861 | Goldin's Sept 2007 fees and expenses |
| 12/12/2007 | | $5,000.00 | Campbell Investment Partners | Ardent LP 3755533816 | Proceeds of settlement between Campbell and the Receiver |
| 12/16/2007 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 12/20/2007 | $101,649.82 | | Kaye Scholer | Ardent Ltd. 3755533861 | Kaye Scholer's Oct 2007 legal fees and expenses |
| 12/21/2007 | $5,221.16 | | Goldin | Ardent Ltd. 3755533861 | Goldin's Oct 2007 fees and expenses |
| 12/26/2007 | $2,780.00 | | Bowne of New York City | NSAM, LLC 3755533845 | Startech Schedule 13D Edgar amendments, Invoice no. 0711-188-1 |
| 12/27/2007 | | $50,000.00 | Joel Ash | Ardent LP 3755533816 | Joel Ash settlement payment (pending approval) |
| 12/27/2007 | $1,440.00 | | Morris-Anderson | Ardent Ltd. 3755533861 | Morris-Anderson's Oct 2007 fees and expenses |
| 12/27/2007 | $450.00 | | Associated Pension Services, Inc. | NSAM, LLC 3755533845 | Northshore 401k plan issues - invoice no. 103585 |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 12/31/2007 | | $3,264.64 | | Ardent LP 3755533816 | Interest Credit |
| 12/31/2007 | | $3,126.21 | | Ardent Ltd. 3755533829 | Interest Credit |
| 12/31/2007 | | $1,275.60 | | NSAM, LLC 3755533803 | Interest Credit |
| 12/31/2007 | | $133.77 | | SCM LP 3755533832 | Interest Credit |
| 1/3/2008 | $70.00 | | Hirshorn Zuckerman Web Design | Ardent Ltd. 3755533861 | Website maintenance |
| 1/16/2008 | | $5,000.00 | Campbell Investment Partners | Ardent LP 3755533816 | Settlement between Campbell and the Receiver |
| 1/31/2008 | | $3,148.75 | | Ardent LP 3755533816 | Interest Credit |
| 1/31/2008 | | $2,683.94 | | Ardent Ltd. 3755533829 | Interest Credit |
| 1/31/2008 | | $1,154.41 | | NSAM, LLC 3755533803 | Interest Credit |
| 1/31/2008 | | $123.60 | | SCM LP 3755533832 | Interest Credit |
| 2/14/2008 | | $5,000.00 | Campbell Investment Partners | Ardent LP 3755533816 | Settlement between Campbell and the Receiver |
| 2/19/2007 | $5,657.39 | | Goldin | Ardent LP 3755533858 | Goldin's Nov 2007 fees and expenses |
| 2/19/2008 | $201,448.82 | | Kaye Scholer | Ardent LP 3755533858 | Kaye Scholer's Nov and Dec 2007 legal fees and expenses |
| 2/21/2008 | $140.00 | | Hirshorn Zuckerman Web Design | Ardent LP 3755533858 | Website maintenance |
| 2/25/2008 | $2,997.78 | | JPMorgan | Ardent LP 3755533858 | JPMorgan's August and Nov 2007 fees and expenses |
| 2/29/2008 | | $1,821.11 | | Ardent LP 3755533816 | Interest Credit |
| 2/29/2008 | | $1,709.03 | | Ardent Ltd. 3755533829 | Interest Credit |
| 2/29/2008 | | $735.08 | | NSAM, LLC 3755533803 | Interest Credit |

FUNDS RECEIVED AND DISBURSED BY RECEIVERSHIP ESTATE

| DATE | DEBIT AMOUNT | CREDIT AMOUNT | SOURCE / RECIPIENT | RECEIVING / DISBURSING ESTATE ACCOUNT | REASON FOR TRANSFER |
|---|---|---|---|---|---|
| 2/29/2008 | | $78.70 | | SCM LP 3755533832 | Interest Credit |
| | | | | | |
| | | | | | |
| TOTAL: | $15,670,352.21 | $18,015,808.94 | | | |
| Note: There is a $845.82 positive discrepancy which the Receiver is investigating. | | | | | |