UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X

SECURITIES AND EXHCHANGE          :
COMMISSION,
                                  :
             Plaintiff,                    05 Civ. 2192 (WHP)
                                  :
        -against-
                                  :
NORTHSHORE ASSET
MANAGEMENT et al.,                :

             Defendants.          :

---------------------------------- X
---------------------------------- X

ARTHUR STEINBERG as receiver for  :
Northshore Asset Management, LLC et. al.,
                                  :
             Plaintiff,                    06 Civ. 5024 (WHP)
                                  :
        -against-
                                  :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,            :

             Defendants.
                                  :
---------------------------------- X
---------------------------------- X

ARTHUR STEINBERG as receiver for  :
Northshore Asset Management, LLC et. al.,
                                  :
             Plaintiff,                    06 Civ. 5564 (WHP)
                                  :
        -against-
                                  :
LEO SPHIZ,

             Defendant.           :

---------------------------------- X

------------------------------ X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,

                                        :

                        Plaintiff,                    06 Civ. 5565 (WHP)

                                        :

                -against-

                                        :

RICHARD WHARTON,

                        Defendant.      :

------------------------------ X

------------------------------ X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,

                                        :

                      Plaintiff,                    06 Civ. 5566 (WHP)

                                        :

                -against-

                                        :

JIM PORTER,

                        Defendant.      :

------------------------------ X

------------------------------ X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,

                                        :

                      Plaintiff,                    06 Civ. 5567 (WHP)

                                        :

                -against-

                                        :

MELVIN NEWMAN,

                        Defendant.      :

------------------------------ X

------------------------------X

ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,
                                      :
             Plaintiff,               :        06 Civ. 7770 (WHP)
                                      :
       -against-                      :
                                      :
WALTER SCHWAB,                        :
                                      :
             Defendant.               :

------------------------------X

------------------------------X

ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,
                                      :
             Plaintiff,               :        07 Civ. 1001 (WHP)
                                      :
       -against-                      :
                                      :
GLENN SHERMAN et. al.,                :
                                      :
             Defendants.              :

------------------------------X

------------------------------X

ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,
                                      :
             Plaintiff,               :        07 Civ. 1208 (WHP)
                                      :
       -against-                      :
                                      :
BLOOMBERG, L.P. et. al.,              :
                                      :
             Defendants.              :

------------------------------X

------------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
: 
              Plaintiff,               07 Civ. 1212 (WHP)
: 
      -against-
: 
BOMBARDIER TRUST (CANADA) et. al.,
: 
              Defendants.

------------------------------------X

------------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
: 
              Plaintiff,               07 Civ. 1217 (WHP)
: 
      -against-
: 
FONDATION J. ARMAND BOMBARDIER,
: 
              Defendant.
: 

------------------------------------X

------------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,
: 
              Plaintiff,               07 Civ. 4832 (WHP)
: 
      -against-
: 
JOEL ASH,
: 
              Defendant.
: 

------------------------------------X

------------------------------X

ARTHUR STEINBERG as receiver for         :
Northshore Asset Management, LLC et. al.,
                                         :
                  Plaintiff,                          07 Civ. 4833 (WHP)
                                         :
         -against-
                                         :
STEPHEN A. ALDERMAN,
                                         :
                  Defendant.             :

------------------------------X
------------------------------X

ARTHUR STEINBERG as receiver for         :
Northshore Asset Management, LLC et. al.,
                                         :
                  Plaintiff,                          08 Civ. 2390 (WHP)
                                         :
         -against-
                                         :
FONDATION LUCIE ET ANDRE
CHAGNON,                                 :

                  Defendant.             :

------------------------------X

ORDER

WILLIAM H. PAULEY III, District Judge:

        On March 12, 2008, the Defendant Francis Saldutti and his counsel filed a report regarding withdrawals from the Saldutti Escrow Account. In accord with the Court's rulings at a hearing on March 20, 2008, Defendant Saldutti and the law firm of Stillman, Friedman & Shechtman, P.C. are directed to make no further withdrawals from the Saldutti Escrow Account and to transfer all funds in the Saldutti Escrow Account, including any interest accrued thereon, to the Clerk of Court for the Southern District of New York by March 21, 2008. The Clerk shall

deposit the funds into an interest-bearing account with the Court Registry Investment System. The funds, together with any accrued interest and income earned thereon, shall be maintained in a CRIS account subject to 28 U.S.C. § 1914 and the guidelines promulgated by the Director of the Administrative Office of the United States Courts, 56 Fed. Reg. 56,356 (Nov. 4, 1991).

Dated:   March 21, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*