USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXHCHANGE : 
COMMISSION,
 :
       Plaintiff,                                      05 Civ. 2192 (WHP)
 :
       -against-
 :
NORTHSHORE ASSET
MANAGEMENT et al.,     :

       Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,

       Plaintiff,                                      06 Civ. 5024 (WHP)
 :
       -against-
 :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,    :

       Defendants.
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,

       Plaintiff,                                      06 Civ. 5564 (WHP)
 :
       -against-
 :
LEO SPHIZ,

       Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,

                          :

              Plaintiff,                      06 Civ. 5565 (WHP)

                          :

            -against-

                          :

RICHARD WHARTON,

              Defendant.      :

------------------------------X
------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,

                          :

            Plaintiff,                      06 Civ. 5566 (WHP)

                          :

           -against-

                          :

JIM PORTER,

            Defendant.      :

------------------------------X
------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,

                          :

            Plaintiff,                      06 Civ. 5567 (WHP)

                          :

           -against-

                          :

MELVIN NEWMAN,

            Defendant.      :

------------------------------X
------------------------------X

ARTHUR STEINBERG as receiver for : 
Northshore Asset Management, LLC et. al.,

                          :

|  |  |
|---|---|
| Plaintiff, | 06 Civ. 7770 (WHP) |
| -against- | |
| WALTER SCHWAB, | |
| Defendant. | |

------------------------------ X

------------------------------ X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                Plaintiff,        07 Civ. 1001 (WHP)

       -against-

GLENN SHERMAN et. al.,

               Defendants.

------------------------------ X

------------------------------ X

ARTHUR STEINBERG as receiver for
Northshore Asset Management, LLC et. al.,

                Plaintiff,       07 Civ. 1208 (WHP)

       -against-

BLOOMBERG, L.P. et. al.,

               Defendants.

------------------------------ X

```
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                         07 Civ. 1212 (WHP)
                                        :
         -against-
                                        :
BOMBARDIER TRUST (CANADA) et. al.,
                                        :
              Defendants.
                                        :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                         07 Civ. 1217 (WHP)
                                        :
         -against-
                                        :
FONDATION J. ARMAND BOMBARDIER,
                                        :
              Defendant.
                                        :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,
                                        :
              Plaintiff,                         07 Civ. 4832 (WHP)
                                        :
         -against-
                                        :
JOEL ASH,
                                        :
              Defendant.
                                        :
------------------------------X
```

```
------------------------------X
ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,
                                     :
            Plaintiff,                          07 Civ. 4833 (WHP)
                                     :
        -against-
                                     :
STEPHEN A. ALDERMAN,
                                     :
            Defendant.               :
------------------------------X
------------------------------X
ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,
                                     :
            Plaintiff,                          08 Civ. 2390 (WHP)
                                     :
        -against-
                                     :
FONDATION LUCIE ET ANDRE
CHAGNON,                             :

            Defendant.               :
------------------------------X
```

ORDER

WILLIAM H. PAULEY III, District Judge:

      Jury Selection (if necessary) and trial are adjourned from May 12, 2008 to May 14, 2008 in the actions consolidated for trial (05-Civ-2192 and 07-Civ-1001).

Dated:    April 18, 2008
           New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record*