UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXHCHANGE         :
COMMISSION,
                                 :

                    Plaintiff,           05 Civ. 2192 (WHP)
                                 :
          -against-
                                 :
NORTHSHORE ASSET
MANAGEMENT et al.,               :

                    Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,
                                 :

                    Plaintiff,           06 Civ. 5024 (WHP)
                                 :
          -against-
                                 :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,           :

                    Defendants.
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,
                                 :

                    Plaintiff,           06 Civ. 5564 (WHP)
                                 :
          -against-
                                 :
LEO SPHIZ,

                    Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,

                                        :

                        Plaintiff,      :        06 Civ. 5565 (WHP)

                                        :
        -against-

                                        :
RICHARD WHARTON,

                        Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,

                                        :

                        Plaintiff,               06 Civ. 5566 (WHP)

                                        :
        -against-

                                        :
JIM PORTER,

                        Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for        :
Northshore Asset Management, LLC et. al.,

                                        :

                        Plaintiff,               06 Civ. 5567 (WHP)

                                        :
        -against-

                                        :
MELVIN NEWMAN,

                        Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,

                                  :

                     Plaintiff,     :           06 Civ. 7770 (WHP)

                                    :

           -against-               :

WALTER SCHWAB,

                   Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,

                                  :

                     Plaintiff,     :           07 Civ. 1001 (WHP)

                                    :

           -against-               :

GLENN SHERMAN et. al.,

                                    :

                   Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,

                                  :

                     Plaintiff,     :           07 Civ. 1208 (WHP)

                                    :

           -against-               :

BLOOMBERG, L.P. et. al.,

                   Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for            :
Northshore Asset Management, LLC et. al.,

                                         :

                         Plaintiff,                          07 Civ. 1212 (WHP)

                                           :

                 -against-

                                         :

BOMBARDIER TRUST (CANADA) et. al.,

                                       :

                         Defendants.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for            :
Northshore Asset Management, LLC et. al.,

                                         :

                         Plaintiff,                          07 Civ. 1217 (WHP)

                                           :

                 -against-

                                       :

FONDATION J. ARMAND BOMBARDIER,

                                       :

                         Defendant.

                                       :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

ARTHUR STEINBERG as receiver for            :
Northshore Asset Management, LLC et. al.,

                                         :

                         Plaintiff,                          07 Civ. 4832 (WHP)

                                           :

                 -against-

                                       :

JOEL ASH,

                                       :

                         Defendant.

                                       :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,

     :

               Plaintiff,     :          07 Civ. 4833 (WHP)

     :

        -against-                :

STEPHEN A. ALDERMAN,

               Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARTHUR STEINBERG as receiver for     :
Northshore Asset Management, LLC et. al.,

     :

               Plaintiff,     :          08 Civ. 2390 (WHP)

     :

        -against-                :

FONDATION LUCIE ET ANDRE
CHAGNON,                        :

               Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER

WILLIAM H. PAULEY III, District Judge:

        Oral arguments on the motions to dismiss filed by Fondation J. Armand

Bombardier and Bombardier Trust (07-Civ-1212, 07-Civ-1217), the Receiver's motions

for leave to conduct discovery (07-Civ-1212, 07-Civ-1217), Francis Saldutti's motion to

dismiss and for summary judgment (05-Civ-2192), and the SEC's motion for partial

summary judgment (05-Civ-2192) are adjourned from 11:00 a.m. to 2:30 p.m. on April

17, 2008.

Dated:    April 16, 2008
          New York, New York

                              SO ORDERED:


                              _____
                                    WILLIAM H. PAULEY III
                                         U.S.D.J.


*All Counsel of Record*