KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Paul J. Curran (PC-9851)
Karin E. Garvey (KG-7771)

KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Sheldon L. Solow, Esq.
Michael D. Messersmith, Esq.

*Counsel for Arthur Steinberg, as Receiver
for Northshore Asset Management, LLC, Ardent
Research Partners L.P., Ardent Research Partners
Ltd., and Saldutti Capital Management, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| -against- | Civil Action No. 05-CV-2192 (WHP) |
| NORTHSHORE ASSET MANAGEMENT, LLC, et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ARTHUR STEINBERG, as Receiver for Northshore Asset Management, LLC, et al., | |
| Plaintiff, | |
| -against- | Civil Action No. 06-CV-5024 (WHP) |
| UNIVERSAL GENESIS STRATEGIC HOLDINGS, INC. et al., | |

31639654.DOC

|  | : |  |
| --- | --- | --- |
| Defendants. | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
|  | : |  |
| ARTHUR STEINBERG, as Receiver for Northshore Asset Management, LLC, et al., | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : | Civil Action No. |
| -against- | : | 06-CV-5564 (WHP) |
|  | : |  |
| LEO SPHIZ, | : |  |
|  | : |  |
| Defendant. | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
|  | : |  |
| ARTHUR STEINBERG, as Receiver for Northshore Asset Management, LLC, et al., | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : | Civil Action No. |
| -against- | : | 06-CV-5565 (WHP) |
|  | : |  |
| RICHARD WHARTON, | : |  |
|  | : |  |
| Defendant. | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |
|  | : |  |
| ARTHUR STEINBERG, as Receiver for Northshore Asset Management, LLC, et al., | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : | Civil Action No. |
| -against- | : | 06-CV-5566 (WHP) |
|  | : |  |
| JIM PORTER, | : |  |
|  | : |  |
| Defendant. | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |  |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
ARTHUR STEINBERG, as Receiver for                       :
Northshore Asset Management, LLC, et al.,               :
                                                        :
                              Plaintiff,                :
                                                        :   Civil Action No.
              -against-                                 :   06-CV-5567 (WHP)
                                                        :
MELVIN NEWMAN,                                          :
                                                        :
                              Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
ARTHUR STEINBERG, as Receiver for                       :
Northshore Asset Management, LLC, et al.,               :
                                                        :
                              Plaintiff,                :
                                                        :   Civil Action No.
              -against-                                 :   06-CV-7770 (WHP)
                                                        :
WALTER SCHWAB,                                          :
                                                        :
                              Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
ARTHUR STEINBERG, as Receiver for                       :
Northshore Asset Management, LLC, et al.,               :
                                                        :
                              Plaintiff,                :
                                                        :   Civil Action No.
              -against-                                 :   07-CV-1001 (WHP)
                                                        :
GLENN SHERMAN, et al.,                                  :
                                                        :
                              Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
ARTHUR STEINBERG, as Receiver for                             :
Northshore Asset Management, LLC, et al.,                     :
                                                              :
                          Plaintiff,                          :
                                                              :   Civil Action No.
              -against-                                       :   07-CV-1208 (WHP)
                                                              :
BLOOMBERG, L.P. et al.,                                       :
                                                              :
                          Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
ARTHUR STEINBERG, as Receiver for                             :
Northshore Asset Management, LLC, et al.,                     :
                                                              :
                          Plaintiff,                          :
                                                              :   Civil Action No.
              -against-                                       :   07-CV-1212 (WHP)
                                                              :
BOMBARDIER TRUST (CANADA) et al.,                             :
                                                              :
                          Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
ARTHUR STEINBERG, as Receiver for                             :
Northshore Asset Management, LLC, et al.,                     :
                                                              :
                          Plaintiff,                          :
                                                              :   Civil Action No.
              -against-                                       :   07-CV-1217 (WHP)
                                                              :
FONDATION J. ARMAND BOMBARDIER,                               :
                                                              :
                          Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

| | |
|---|---|
| ARTHUR STEINBERG, as Receiver for<br>Northshore Asset Management, LLC, et al.,<br><br>                      Plaintiff,<br><br>        -against-<br><br>JOEL ASH,<br><br>                      Defendant. | Civil Action No.<br>07-CV-4832 (WHP) |
| ARTHUR STEINBERG, as Receiver for<br>Northshore Asset Management, LLC, et al.,<br><br>                      Plaintiff,<br><br>        -against-<br><br>STEPHEN A. ALDERMAN,<br><br>                      Defendant. | Civil Action No.<br>07-CV-4833 (WHP) |

**NOTICE OF MOTION OF ARTHUR STEINBERG, RECEIVER FOR NORTHSHORE ASSET MANAGEMENT, LLC, ET AL., FOR AN ORDER REQUIRING REIMBURSEMENT AND AN ACCOUNTING**

**PLEASE TAKE NOTICE** that, upon the annexed motion ("Motion") of Arthur Steinberg, the court-appointed receiver ("Receiver") for Northshore Asset Management, LLC, *et al.*, by and through his counsel, the Receiver shall move before the Honorable William H. Pauley III, United States District Court Judge for the Southern District of New York ("Court"), at a date and time to be set by the Court, in the United States Courthouse, Southern District of New York, United States District Court, 500 Pearl Street, New York, New York 10007 for an order ("Order") requiring (a) payment to the Clerk of the Court for deposit into an interest-bearing account with the Court Registry Investment System (which will act as reimbursement to the

escrow account ("Escrow Account")) of an amount to be determined but in no event less than $378,658.35, plus interest that would have been earned on the money had it remained in the Escrow Account; and (b) an accounting, certified under penalty of perjury by both Francis Saldutti ("Saldutti") and Julian Friedman, Esq. ("Friedman"), and the production of back-up records regarding all of the requests made for disbursements to Saldutti, the depositor, the distributions made by Stillman & Friedman, P.C. ("Stillman & Friedman"),[1] the escrow agent, and the expenditures of those funds by Saldutti, both for legal and non-legal items, so that the

---

[1] The Stillman & Friedman firm is now known as Stillman, Friedman & Schectman, P.C., but, to be consistent with the Escrow Agreement, this Motion will refer to the firm as "Stillman & Friedman."

Receiver can determine the amount of funds in addition to the $378,658.35 which should be paid to the Clerk of the Court for deposit into an interest-bearing account with the Court Registry Investment System (which will act as reimbursement to the Escrow Account); and for such other and further relief as is just and proper.

Dated: New York, New York
      May 5, 2008

                                  KAYE SCHOLER LLP

                                  By: /s/ Paul J. Curran
                                  Paul J. Curran (PC-9851)

                                  Karin E. Garvey (KG-7771)
                                  425 Park Avenue
                                  New York, New York 10022
                                  Telephone:  (212) 836-8000
                                  Facsimile:   (212) 836-8689

                                      -and-

                                  Sheldon L. Solow, Esq.
                                  Michael D. Messersmith, Esq.
                                  KAYE SCHOLER LLC
                                  Three First National Plaza
                                  70 West Madison Street
                                  Suite 4100
                                  Chicago, IL 60602-4231
                                  Telephone:  (312) 583-2300

                                  Counsel to the Receiver