# EXHIBIT 4

 "Julian Friedman" <jfriedman@stillmanfriedman.com>
05/14/2007 10:47 AM

To <SSolow@kayescholer.com>
cc
bcc
Subject  Fran Saldutti

History:    This message has been forwarded.

Dear Shelly--

As we discussed, Fran Saldutti is willing to submit a new financial statement, but it would be identical to the one dated March 31, 2005. There have been no changes in his assets or liabilities since that time with the sole exception of the funds of his that I am holding in escrow pursuant to our agreement.

The escrow amount started at $3,891,100 on October 25, 2005. The current balance is $2,775,187.37. The difference is attributable to expenditures permitted by the Escrow Agreement.

*Julian W. Friedman, Esq.*
*Stillman, Friedman & Shechtman, P.C.*
*425 Park Avenue*
*New York, NY 10022*
*Phone: 212-223-0200*
*Fax: 212-223-1942*
*jfriedman@stillmanfriedman.com*

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

Receiver 2