```
UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X

SECURITIES AND EXHCHANGE            :
COMMISSION,
                                    :
                        Plaintiff,         05 Civ. 2192 (WHP)
                                    :
            -against-
                                    :
NORTHSHORE ASSET
MANAGEMENT et al.,                  :

                        Defendants. :
-------------------------------- X
-------------------------------- X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
                        Plaintiff,         06 Civ. 5024 (WHP)
                                    :
            -against-
                                    :
UNIVERSAL GENESIS STRATEGIC
HOLDINGS, INC et. al.,              :

                        Defendants.
                                    :
-------------------------------- X
-------------------------------- X

ARTHUR STEINBERG as receiver for    :
Northshore Asset Management, LLC et. al.,
                                    :
                        Plaintiff,         06 Civ. 5564 (WHP)
                                    :
            -against-
                                    :
LEO SPHIZ,

                        Defendant.  :
-------------------------------- X
-------------------------------- X
```

| | | |
|---|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : | |
| | : | |
| Plaintiff, | | 06 Civ. 5565 (WHP) |
| | : | |
| -against- | | |
| | : | |
| RICHARD WHARTON, | | |
| | | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : | |
| | : | |
| Plaintiff, | | 06 Civ. 5566 (WHP) |
| | : | |
| -against- | | |
| | : | |
| JIM PORTER, | | |
| | | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : | |
| | : | |
| Plaintiff, | | 06 Civ. 5567 (WHP) |
| | : | |
| -against- | | |
| | : | |
| MELVIN NEWMAN, | | |
| | | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | : |
| | : |

|  |  |
|---|---|
| Plaintiff, | 06 Civ. 7770 (WHP) |
| -against- | |
| WALTER SCHWAB, | |
| Defendant. | |

---------------------------------X

---------------------------------X

|  |  |
|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | |
| Plaintiff, | 07 Civ. 1001 (WHP) |
| -against- | |
| GLENN SHERMAN et. al., | |
| Defendants. | |

---------------------------------X

---------------------------------X

|  |  |
|---|---|
| ARTHUR STEINBERG as receiver for<br>Northshore Asset Management, LLC et. al., | |
| Plaintiff, | 07 Civ. 1208 (WHP) |
| -against- | |
| BLOOMBERG, L.P. et. al., | |
| Defendants. | |

---------------------------------X

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
              Plaintiff,                       07 Civ. 1212 (WHP)
                                          :
         -against-
                                          :
BOMBARDIER TRUST (CANADA) et. al.,
                                          :
              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
              Plaintiff,                       07 Civ. 1217 (WHP)
                                          :
         -against-
                                          :
FONDATION J. ARMAND BOMBARDIER,
                                          :
              Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ARTHUR STEINBERG as receiver for          :
Northshore Asset Management, LLC et. al.,
                                          :
              Plaintiff,                       07 Civ. 4832 (WHP)
                                          :
         -against-
                                          :
JOEL ASH,
                                          :
              Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

```
------------------------------X
```

ARTHUR STEINBERG as receiver for  :
Northshore Asset Management, LLC et. al.,
                                  :
            Plaintiff,                          07 Civ. 4833 (WHP)
                                  :
    -against-
                                  :
STEPHEN A. ALDERMAN,
                                  :
            Defendant.            :

```
------------------------------X
------------------------------X
```

ARTHUR STEINBERG as receiver for  :
Northshore Asset Management, LLC et. al.,
                                  :
            Plaintiff,                          08 Civ. 2390 (WHP)
                                  :
    -against-
                                  :
FONDATION LUCIE ET ANDRE
CHAGNON,                          :

            Defendant.            :

```
------------------------------X
```

## ORDER

WILLIAM H. PAULEY III, District Judge:

      This Court will hold a telephonic status conference in the actions consolidated for trial (05-Civ-2192 and 07-Civ-1001) on May 6, 2008 at 4:00 p.m.

Dated:   May 5, 2008
         New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*All Counsel of Record*